*Messrs. DeKalb & Mettler,* for Appellant.

*Mr. John C. Huntoon,* and *Mr. O. W. Belden,* for Respondent.

No. 2,428.—JAMES S. WALTER, JR., APPELLANT, *v.* L. A. COX, RESPONDENT.

*Appeal from District Court, Flathead County; J. E. Erickson, Judge.*

Decided April 30, 1907.

PER CURIAM.—Respondent's motion to dismiss the appeal from the judgment herein is sustained and the appeal dismissed.

*Messrs. McIntire & Kendall,* for Appellant.

*Mr. C. H. Foot,* for Respondent.